LAURA E. DUFFY
United States Attorney
STEVEN J. POLIAKOFF
Assistant U.S. Attorney
Cal. State Bar No. 188231
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 546-7058
Facsimile: (619) 546-7751
Email: steve.poliakoff@usdoj.gov

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| JESSE R. ALVAREZ,<br><br>                    Plaintiffs,<br><br>         v.<br><br>LYDIA D'SOUZA, M.D.; NORTH COUNTY HEALTH SERVICES, ENCINITAS HEALTH CENTER, RYAN GOLD; and DOES 1-28,<br><br>                    Defendants. | Case No. '16 CV 2959 DMS BLM<br><br>NOTICE OF REMOVAL OF A CIVIL ACTION<br><br>[42 U.S.C. § 233(c)]<br><br>(Removed from Superior Court of California, County of San Diego, Case No. 37-2015-00028514-CU-PO-NC) |
|---|---|

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT

PLEASE TAKE NOTICE that the United States of America, through its attorneys, Laura E. Duffy, United States Attorney, and Steven J. Poliakoff, Assistant U.S. Attorney, respectfully removes to this Court the above-captioned civil action from the Superior Court of California, County of San Diego, Case No. 37-2015-0002851-CU-PO-NC.  The grounds for this removal include the following:

1. On or about November 25, 2015, Plaintiff initiated this action as Case No. 37-2015-00028514-CU-PO-NC in the Superior Court of California, County of San Diego – North County Division. Plaintiff named as defendants, North County Health

1

Services, a federally supported health center, and Lydia D'Souza, M.D., a physician employee of North County Health Services. The Complaint alleged claims for medical negligence.

2. Pursuant to 42 U.S.C. §§ 233(g)-(n) of the Federally Supported Health Centers Assistance Act, the Secretary of Health and Human Services has deemed North County Health Services, to be an employee of the Public Health Service for purposes of the Federal Tort Claims Act only, effective January 1, 2013 through the present and at all times relevant to the Complaint in this action.

3. On December 5, 2016, the United States Attorney for the Southern District of California, through her designate, certified that Lydia D'Souza, M.D. was acting within the scope of employment at the time of the incidents alleged in the Complaint, pursuant to 42 U.S.C. § 233(g). A copy of the certification is attached hereto.

4. For purposes of liability, the torts alleged in the complaint against North County Health Services and Lydia D'Souza, M.D. are deemed to have been brought against the United States as provided by 28 U.S.C. §§ 1346 (b). See 42 U.S.C. § 233 (a) and (c). Plaintiff's remedy against the United States is exclusive of any other civil action or proceeding involving the same subject matter and claims against North County Health Services and Dr. D'Souza, based on acts or omissions which occurred after March 3, 2014. 42 U.S.C. §§ 233(a) and (g).

5. This action may be removed to this court, without bond, under 42 U.S.C. § 233(c), as amended, because this judicial district embraces the place in which the above-captioned civil action is pending.

6. As of this time, neither the summons nor the Complaint in the above-captioned civil action has been served on the United States Attorney for the Southern District of California.

7. Copies of the summons and Complaint filed in the Superior Court of California, County of San Diego, Case No. 37-2015-00028514-CU-PO-NC are

attached.

WHEREFORE, Case No. 37-2015-00028514-CU-PO-NC, now pending in the Superior Court of California, County of San Diego, is removed therefrom to this Court.

DATED: December 5, 2016          LAURA E. DUFFY
                                 United States Attorney

                                 /s/ Steven J. Poliakoff
                                 _____
                                 STEVEN J. POLIAKOFF
                                 Assistant U.S. Attorney
                                 Attorneys for Defendant
                                 United States of America